**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian (SBN 186735)<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, California 91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br><br>Attorney for Debtors |  |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Jesse & Teresa Coleman<br><br>Debtor. | |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br>Countrywide Bank, FSB.; Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. & Countrywide Home Loans<br><br>Defendant(s). | CHAPTER 13<br><br>CASE NUMBER 09-36374<br><br>ADVERSARY NUMBER 09-02279<br><br>(No Hearing Required) |

# REQUEST FOR ENTRY OF DEFAULT UNDER
# LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (Name): Countrywide Bank, FSB; MERS; Bank of America, N.A. & Countrywide Home Loans.

2. Plaintiff filed the Complaint in the above-captioned proceeding on (specify date): 10/5/09

3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service
on the following date (specify date): 10/13/09

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on (specify date): 11/5/09

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 11/6/09

Default entered on (specify date): NOV 13 2009
JON D. CERETTO
Clerk of the Bankruptcy Court
By: _____
Deputy Clerk

Respectfully submitted,

Price Law Group, APC
Firm Name
By: _____
Name: Rabin J. Pournazarian
Attorney for Plaintiff or Plaintiff

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 7055-1.1

# DECLARATION OF RABIN J. POURNAZARIAN

I, Rabin J. Pournazarian, declare:

1. That I am the attorney of record for Jesse & Teresa Coleman ("Debtors") in the above-captioned matter and as to the following facts, I know them be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. On or about October 5, 2009, I caused to be filed a Complaint to Determine Value of Real property, determine the extent of Secured Claims and to Extinguish the Lien of COUNTRYWIDE BANK, FSB. FOR BENEFICIARY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (SERVICED BY BANK OF AMERICA, N.A.). A true and correct copy of the Summons and Notice of Status Conference in an Adversary Proceeding is attached hereto as Exhibit "1."

3. Copies were served upon the parties of interest on October 13, 2009. No motion or answer to the complaint was submitted to the court by the Defendants. The time for filing an Answer or other response expired on November 5, 2009. A true and correct copy of the Docket Report is attached hereto as Exhibit "2."

4. Debtors request the court grant their Request for an Entry of Default on Debtors' Adversary to Extinguish Lien on Real Property Recorded by COUNTRYWIDE BANK, FSB. FOR BENEFICIARY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (SERVICED BY BANK OF AMERICA, N.A.).

I declare under penalty of perjury that the foregoing facts are known by me to be true and correct to the best of my knowledge and that this declaration is executed on this 6th day of November, 2009 at Encino, California.

_____
Rabin J. Pournazarian
Attorney for Plaintiff

-1-

# EXHIBIT "1"

Case 2:09-ap-02279-VZ    Doc 4    Filed 11/13/09    Entered 11/13/09 11:37:21    Desc
Main Document    Page 3 of 20

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J Pournazarian<br>15760 Ventura Blvd Ste 1100<br>Encino, CA 91436<br>818-995-4540<br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Jesse Leon Coleman<br>Teresa Martinez Coleman<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER LA09-36374-VZ<br><br>ADVERSARY NUMBER LA09-02279-VZ |
|---|---|
| Jesse Leon Coleman<br>Teresa Martinez Coleman<br>Plaintiff(s),<br><br>vs.<br><br>CountryWide Bank, FSB, Mortgage Electronic Registration et al<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 11-05-09 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** 12/17/2009  **Time:** 10:00am  **Courtroom:** 1368  **Floor:** 13th

☒ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 10/06/09

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____William C Kaaumoana_____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

**F 7004-1**

Revised 7/06

## PRE-STATUS CONFERENCE INSTRUCTIONS

1.  Pursuant to Local Bankruptcy Rule 7016-1(a)(2), all parties <u>shall</u> file a Joint Status Report at least fourteen (14) days before the date set for each Status Conference. The Joint Status Report shall conform to **Exhibit "A"** attached to these instructions. Use of the form attached as **Exhibit "A"** is <u>mandatory</u>. Failure to use the form in **Exhibit "A"** may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to **Exhibit "A"**.

2.  A copy of these instructions shall be attached to every copy of the complaint served upon a party, and the <u>affidavit of service must state that these instructions as well as a copy of the summons and complaint and, if applicable, a copy of the Debtor Assistance Program Notice was served</u>.

3.  If no response to the complaint is timely filed, (1) plaintiff should file a request for entry of default by the clerk and a default judgment hearing date will be set at the Status Conference (the party should be prepared to propose an appropriate date to Judge Zurzolo based on Judge Zurzolo's self-calendaring procedure) and (2) no later than ten (10) days prior to the Status Conference plaintiff must file a Unilateral Status Report (completing Sections A, B and C of **Exhibit "A"**) and a declaration setting forth the attempts made by plaintiff to contact or obtain the cooperation of the defendant as required by LBR7016-1(a). For self calendaring dates, visit the Court's website at www.cacb.uscourts.gov :
    * Click "**Information**"
    * Under "**Judges**", click "**Zurzolo, V.**"
    * Click "**Forms/Instructions/Procedures/Self-Calendaring**"
    * Under Self Calendaring, click "**Hearing Calendar for 2006**"
    and/or "**Instructions and Key for Self-Calendar**"

4.  During the Status Conference, it will be decided whether a pre-trial order should be required or a pre-trial conference should be set.

5.  During the Status Conference, the Court shall set a trial or a pre-trial conference. The parties should be prepared to state whether they will agree to try the adversary proceeding by declaration in lieu of oral testimony.

6.  If one or more parties dispute whether the adversary proceeding is core within the meaning of 28 U.S.C. § 157(b), the party/parties disputing that the proceeding is core shall file and serve a memorandum of points and authorities and evidence in support of their positions fourteen (14) court days before the Status Conference. Any reply must be filed at least seven (7) court days before the Status Conference. The Court will resolve this dispute at the Status Conference. If any party fails to comply timely with these instructions, that failure shall be deemed a consent to a determination that the proceeding is core within the meaning of 28 U.S.C. § 157(b).

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

7.	If one or more parties dispute the jurisdiction of this Court, the party/parties disputing jurisdiction shall file and serve a memorandum of points and authorities and evidence in support of their positions at least fourteen (14) court days prior to the Status Conference. Any response shall be filed and served no later than seven (7) court days prior to the Status Conference. The Court will resolve this dispute at the Status Conference. If the objecting party does not timely file and serve its papers, that failure shall be deemed a consent to whatever determination the Court makes.

8.	If one or more parties dispute whether a party has a right to a jury trial, the disputing party/parties shall file and serve a memorandum of points and authorities and evidence in support of their positions at least fourteen (14) court days prior to the Status Conference. Any response shall be filed and served no later than seven (7) court days prior to the Status Conference. The Court will resolve this dispute at the Status Conference. If the objecting party does not timely file and serve its papers, that failure shall be deemed a consent to whatever determination the Court makes.

9.	Please take note that extensions of time to respond to a pleading are ineffective by stipulation of the parties absent court approval. Requests to extend the response deadline to a date within five (5) days of the hearing date will likely be denied unless the hearing date is continued to a date which permits the Court adequate time to review and consider the pleadings.

10.	Please also take note that requests to continue a hearing will not be granted unless adequate cause for the continuance is stated in the request. Merely discussing settlement is inadequate cause and unless a settlement is reached prior to the hearing date, the parties must comply with all applicable filing deadlines. If the parties have settled, a hearing may be continued to allow for execution and filing of the written settlement if (1) the request for continuance contains a copy of the settlement or a substantial recitation of its terms and (2) the request for a continuance is filed at least two (2) court days prior to the hearing date. Generally, if a Respondent/Defendant is not represented by an attorney, an appearance by the Respondent/Defendant will be required.

VINCENT P. ZURZOLO<br>United States Bankruptcy Judge

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | BK. No. LA |
|---|---|
| | Adv. No. LA |
| | Chapter |
| Debtor(s). | |
| | ☐ JOINT STATUS REPORT |
| | ☐ UNILATERAL STATUS REPORT |
| | FOR ADVERSARY PROCEEDING |
| Plaintiff(s), | LOCAL BANKRUPTCY RULE 7016-1(a)(2) |
| v. | DATE: |
| | TIME: |
| | PLACE: |
| Defendant(s). | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE _____. In accordance with Local Bankruptcy Rule ("LBR") 7016-1(a)(2), the party/parties submit the following ☐ JOINT STATUS REPORT or ☐ UNILATERAL STATUS REPORT:

A.   SERVICE/SUMMONS:

   1. Have all parties been served?                                                    ☐ YES ☐ NO

   2. Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons,

Revised 7/06

complaint and, if applicable, Debtor Assistance Program Notice was served?  ☐ YES ☐ NO

If yes, go on. If no, why not? Please explain:

B. **RESPONSIVE PLEADINGS:**

1. Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint?  ☐ YES ☐ NO

If yes, go to Section D. If no responsive pleading was filed proceed to Section C, otherwise continue.

2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants to the claims?  ☐ YES ☐ NO

3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims?

☐ YES ☐ NO

If no, what is the response deadline to the countercomplaint?

4. Did any defendant filed a 12(b) motion or other such responsive pleading?  ☐ YES ☐ NO

If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the responsive pleading(s):

C. **DEFAULT**

1. If any defendant has not responded timely, has plaintiff requested entry of default?  ☐ YES ☐ NO

If no, why not? Please explain:

2. If default has been requested, has it been entered?  ☐ YES ☐ NO

If no, why not? Please explain:

3. If default has been entered has plaintiff scheduled a motion for default judgment?  ☐ YES ☐ NO

If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

D. **FEDERAL RULE OF CIVIL PROCEDURE ("FRCP") 26(A), (F) AND LBR 7016-1(A)(2) COMPLIANCE:**

1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

Plaintiff:  ☐ YES ☐ NO

Defendant:  ☐ YES ☐ NO

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

2. The parties certify that they have exchanged documents.

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

3. The parties certify that they have exchanged witness lists.

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

4. The parties certify that they have exchanged other evidence as required by Rule 26(a)(1).

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

5. The parties certify that they have made the disclosures required by Rule 26(a)(1)(C) and (D) where applicable.

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

6. The parties certify that they have discussed settlement.

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

7. The parties certify that they have proposed a joint discovery plan.

    Plaintiff: ☐ YES ☐ NO

    Defendant: ☐ YES ☐ NO

8. If any party answered no to any of the prior six (6) questions, please explain the reason(s):

E.    **DISCOVERY (FRCP 26(f)):**

**A Discovery Plan should be prepared and attached to this status report if it cannot be described below.**

1. Do the parties believe that changes should be made in the timing, form or requirement for disclosures under Rule 26(a)?

    Plaintiff: ☐ YES ☐ NO

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

1
2    Defendant:                                                                              ☐ YES  ☐ NO

    If any party answered yes, please explain the reason(s):

3   2. List the form(s) of discovery each party will propound.

4       Plaintiff:

5       Defendant:

6   3. Do the parties anticipate any unusual discovery issues?

7       Plaintiff:                                                                            ☐ YES  ☐ NO

8       Defendant:                                                                            ☐ YES  ☐ NO

9       If any party answered yes, please identify the issues and explain the reason(s) for them:

10  4. Date by which each party expects to complete their discovery efforts:

11      Plaintiff:

12      Defendant:

13  F.  **SETTLEMENT:**

14  1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

15      Plaintiff                                                                             ☐ YES  ☐ NO

16      Defendant                                                                             ☐ YES  ☐ NO

17  2. Do all parties request the trial judge to aid in settlement?  If yes and if applicable, please name the judge(s)
18  of this Court that the parties would like to participate in settlement efforts:

19      **PLAINTIFF**   ☐ YES  ☐ NO              **DEFENDANT**   ☐ YES  ☐ NO

20      (1)                                      (1)
        (2)                                      (2)
21      (3)                                      (3)

22  3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

23      **PLAINTIFF**   ☐ YES  ☐ NO              **DEFENDANT**   ☐ YES  ☐ NO

24      (1)                                      (1)
25      (2)                                      (2)

26

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

G. **PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

    1. Date after which the pre-trial conference should be set:

        Plaintiff:

        Defendant:

    2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

        Plaintiff:   ☐ YES ☐ NO

        Defendant:   ☐ YES ☐ NO

    If either party answered yes, please state why:

H. **OTHER PROPOSED DEADLINES:**

    1. Proposed date by which all motions except motions to exclude evidence or approve a settlement must be filed, set and heard:

        Plaintiff:

        Defendant:

    2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting amendment or joinder must be entered by this date):

        Plaintiff:

        Defendant:

    3. Are there any other deadlines which the parties wish the Court to set:

        Plaintiff:   ☐ YES ☐ NO

        Defendant:   ☐ YES ☐ NO

    If either party states yes, please identify the proposed subject and timing of the deadline:

H:\common\vz\forms\instructions\PRESTATCONFERENCE

Revised 7/06

I.   **MISCELLANEOUS**

1. Do you dispute the jurisdiction of this Court?

   Plaintiff:                                                                  ☐ YES  ☐ NO

   Defendant:                                                                  ☐ YES  ☐ NO

2. Do you dispute any party's allegation regarding the core/non-core nature of the adversary proceeding?

   Plaintiff:                                                                  ☐ YES  ☐ NO

   Defendant:                                                                  ☐ YES  ☐ NO

3. Do you dispute the asserted claim of any party to the right to a jury trial?

   Plaintiff:                                                                  ☐ YES  ☐ NO

   Defendant:                                                                  ☐ YES  ☐ NO

4. If a party answered yes to any of the above three (3) questions, has the party answering yes prepared a memorandum of points and authorities and supporting evidence detailing their position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?                           ☐ YES  ☐ NO

5. Are there any other unusual issues of which the Court should be aware?     ☐ YES  ☐ NO

   If yes, please explain:

Respectfully submitted,

DATED:                  FIRM NAME: _____

                        NAME: _____

                        ATTORNEY FOR: _____

DATED:                  FIRM NAME: _____

                        NAME: _____

                        ATTORNEY FOR: _____

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA09-36374-VZ<br>ADVERSARY NUMBER LA09-02279-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF COUNTTYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; BANK OF AMERICA, N.A. & COUNTRYWIDE HOME LOANS, INC.; PRE-STATUS CONFERENCE INSTRUCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 13, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
    Nancy K Curry    ecfnc@trustee13.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>October 13, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent P. Zurzolo    (U.S. Mail)
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/13/09 | Gabby Piceno | *(signature)* |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
| --- | --- |
| Debtor(s). | CASE NUMBER LA09-36374-VZ<br>ADVERSARY NUMBER LA09-02279-VZ |

## BY U.S. MAIL

**CHAPTER 13 TRUSTEE**
Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**DEBTORS**
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

**CREDITORS**
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

## VIA CERTIFIED MAIL
Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

## AGENT FOR SERVICE OF PROCESS FOR:
**BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

# EXHIBIT "2"

NoFeeRequired

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Adversary Proceeding #: 2:09-ap-02279-VZ

*Assigned to:* Vincent P. Zurzolo  
*Lead BK Case:* <u>09-36374</u>  
*Lead BK Title:* Jesse Leon Coleman and Teresa Martinez Coleman  
*Lead BK Chapter:* 13  
*Demand:*

*Date Filed:* 10/05/09

*Nature[s] of Suit:* 21 Validity, priority or extent of lien or other interest in property  
91 Declaratory judgment

**Plaintiff**
-----------------------

| | |
|---|---|
| **Jesse Leon Coleman**<br>20930 Dalton Avenue<br>Torrance, CA 90501<br>SSN / ITIN: xxx-xx-1830 | represented by **Rabin J Pournazarian**<br>15760 Ventura Blvd Ste 1100<br>Encino, CA 91436<br>818-995-4540<br>*LEAD ATTORNEY* |
| **Teresa Martinez Coleman**<br>20930 Dalton Avenue<br>Torrance, CA 90501<br>SSN / ITIN: xxx-xx-0282 | represented by **Rabin J Pournazarian**<br>(See above for address)<br>*LEAD ATTORNEY* |

V.

**Defendant**
-----------------------

| | |
|---|---|
| **CountryWide Bank , FSB** | represented by **CountryWide Bank , FSB**<br>PRO SE |
| **Mortgage Electronic Registration Systems, Inc.** | represented by **Mortgage Electronic Registration Systems, Inc.**<br>PRO SE |
| **N.A. & CountryWide Home Loans, Inc.** | represented by **N.A. & CountryWide Home Loans, Inc.**<br>PRO SE |
| **Bank Of America Home Loans**<br>PO Box 10222<br>Van Nuys, ca 91410-0222 | represented by **Bank Of America Home Loans**<br>PRO SE |

**Trustee**
-----------------------

**Nancy K Curry**
606 South Olive Street, Suite 950
Los Angeles, CA 90014
213-689-3014

**U.S. Trustee**
-----------------------

**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 10/05/2009 | 1 | Adversary case 2:09-ap-02279. Complaint by Jesse Leon Coleman, Teresa Martinez Coleman against CountryWide Bank, FSB, Mortgage Electronic Registration Systems, Inc., N.A. & CountryWide Home Loans, Inc., Bank Of America Home Loans. (Fee Not Required). *with proof of service* (Attachments: # 1 adversary proceeding cover sheet# 2 summons and notice of status conference) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)) (Pournazarian, Rabin) (Entered: 10/05/2009) |
| 10/06/2009 | 2 | Summons Issued on Jesse Leon Coleman Date Issued 10/6/2009, Answer Due 11/5/2009; Teresa Martinez Coleman Date Issued 10/6/2009, Answer Due 11/5/2009 (Attachments: # 1 pre-status conference instructions) (Kaaumoana, William) (Entered: 10/06/2009) |
| 10/06/2009 | | Hearing Set (RE: related document(s) 1 Complaint filed by Plaintiff Jesse Leon Coleman, Plaintiff Teresa Martinez Coleman) Show Cause hearing to be held on 12/17/2009 at 10:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. (Kaaumoana, William) (Entered: 10/06/2009) |
| 10/13/2009 | 3 | Summons Service Executed on Jesse Leon Coleman 10/13/2009; Teresa Martinez Coleman 10/13/2009 (Pournazarian, Rabin) (Entered: 10/13/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/06/2009 10:54:33 | | | |
| **PACER Login:** | pa0081 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-ap-02279-VZ Fil or Ent: filed From: 8/7/2009 To: 11/6/2009 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA09-36374-VZ<br>ADVERSARY NUMBER LA09-02279-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 7055-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy K Curry    ecfnc@trustee13.com
- Rabin J Pournazarian    rabin@pricelawgroup.com
- Matthew D Tokarz    mtokarz@mileslegal.com, ecf.cmbk@mileslegal.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent P. Zurzolo    (U.S. Mail)
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 9, 2009 | Marlene Gonzalez | /s/ |
|---|---|---|
| Date | Typed Name | Signature |

| | |
|---|---|
| In re: Jesse & Teresa Coleman<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER LA09-36374-VZ<br>ADVERSARY NUMBER LA09-02279-VZ |

## BY U.S. MAIL

### CHAPTER 13 TRUSTEE
Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

### DEBTORS
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

### CREDITORS
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

### AGENT FOR SERVICE OF PROCESS FOR:
### BANK OF AMERICA CORPORATION, BAC HOME LOANS
### SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9021-1.1