1 | Rabin J. Pournazarian (SBN 186735)
**Price Law Group, APC**
2 | 15760 Ventura Blvd., Suite 1100
Encino, California 91436
3 | (818) 995-4540 Telephone
(818) 995-9277 Facsimile

4

5 | Attorneys for Plaintiffs
Jesse & Teresa Coleman

6

7 | **UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

8

9

10 | **In re:**

**JESSE COLEMAN &**

11 | **TERESA COLEMAN,**

12

13 | **Debtors**

14

15

16 | **JESSE COLEMAN &**

**TERESA COLEMAN,**

17 | **Plaintiffs,**

18

19 | v.

**COUNTRYWIDE BANK, FSB.;**
20 | **MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC., BANK**
21 | **OF AMERICA, N.A. &**
**COUNTRYWIDE HOME LOANS, INC.**
22

23 | **Defendants.**

24

25

Case No: **LA09-36374-VZ**

Chapter 13

Adv. No: **LA09-02279-VZ**

**UNILATERAL STATUS REPORT**
**FOR ADVERSARY PROCEEDING**
**LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

**DATE:** 12/17/2009
**TIME:** 10:00 AM
**PLACE:** Crtrm 1368, 255 E Temple St.,
Los Angeles, CA 90012

26 | TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE VINCENT P. ZURZOLO. In

27 | accordance with Local Bankruptcy Rule ("LBR") 7016-1(a)(2), the party/parties submit the following

28 | UNILATERAL STATUS REPORT:

**A.    SERVICE/SUMMONS:**

    1.  Have all parties been served?        ☒ YES ☐ NO

    2.  Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons, complaint and, if applicable, Debtor Assistance Program Notice was served?

        ☒ YES ☐ NO

If yes, go on. If no, why not? Please explain:

**B.    RESPONSIVE PLEADINGS:**

    1.  Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint?

        ☐ YES ☒ NO

If yes, go to Section D. If no responsive pleading was filed proceed to Section C, otherwise continue.

    2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants to the claims?        ☐ YES ☐ NO

    3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims?

        ☐ YES ☐ NO

If no, what is the response deadline to the countercomplaint?

    4. Did any defendant filed a 12(b) motion or other such responsive pleading? ☐ YES ☐ NO

If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the responsive pleading(s):

**C.    DEFAULT**

    1.  If any defendant has not responded timely, has plaintiff requested entry of default?

☒ YES ☐ NO

    2. If default has been requested, has it been entered? ☒ YES ☐ NO

    3. If default has been entered has plaintiff scheduled a motion for default judgment?

☐ YES ☒ NO

If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

The hearing on the motion for default judgment is to be set at the status conference on December 10, 2009.

D.    **FEDERAL RULE OF CIVIL PROCEDURE ("FRCP") 26(A), (F) AND LBR 7016-1(A)(2) COMPLIANCE:**

1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

2.  The parties certify that they have exchanged documents.

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

3. The parties certify that they have exchanged witness lists.

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

4. The parties certify that they have exchanged other evidence as required by Rule 26(a)(1).

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

5. The parties certify that they have made the disclosures required by Rule 26(a)(1)(C) and (D) where applicable.

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

6. The parties certify that they have discussed settlement.

Plaintiff:                          ☐ YES ☐ NO

Defendant:                          ☐ YES ☐ NO

7. The parties certify that they have proposed a joint discovery plan.

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                    ☐ YES ☐ NO

8. If any party answered no to any of the prior six (6) questions, please explain the reason(s):

The exchange of documents and discovery is unnecessary, as the Defendant has stipulated to the relief we are seeking.

E.      **DISCOVERY (FRCP 26(f)):**

**A Discovery Plan should be prepared and attached to this status report if it cannot be described below.**

1. Do the parties believe that changes should be made in the timing, form or requirement for disclosures under Rule 26(a)?

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                    ☐ YES ☐ NO

If any party answered yes, please explain the reason(s):

2. List the form(s) of discovery each party will propound.

Plaintiff:

Defendant:

3. Do the parties anticipate any unusual discovery issues?

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                    ☐ YES ☐ NO

If any party answered yes, please identify the issues and explain the reason(s) for them:

4. Date by which each party expects to complete their discovery efforts:

Plaintiff:

Defendant:

-4-

F.    **SETTLEMENT:**

1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

Plaintiff                                        ☐ YES ☐ NO

Defendant                                        ☐ YES ☐ NO

2. Do all parties request the trial judge to aid in settlement? If yes and if applicable, please name the judge(s) of this Court that the parties would like to participate in settlement efforts:

**PLAINTIFF** ☐ YES ☐ NO                    **DEFENDANT** ☐ YES ☐ NO

(1)                                          (1)

(2)                                          (2)

(3)                                          (3)

3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

**PLAINTIFF** ☐ YES ☐ NO                    **DEFENDANT** ☐ YES ☐ NO

(1)                                          (1)

(2)                                          (2)

(3)                                          (3)

G.    **PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

1. Date after which the pre-trial conference should be set:

Plaintiff:

Defendant:

2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

Plaintiff:                                        ☐ YES ☐ NO

Defendant:                                      ☐ YES ☐ NO

If either party answered yes, please state why:

H.    **OTHER PROPOSED DEADLINES:**

1. Proposed date by which all motions except motions to exclude evidence or approve a

settlement must be filed, set and heard:

Plaintiff:

Defendant:

2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting

amendment or joinder must be entered by this date):

Plaintiff:

Defendant:

3. Are there any other deadlines which the parties wish the Court to set:

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                      ☐ YES ☐ NO

If either party states yes, please identify the proposed subject and timing of the deadline:

I.    **MISCELLANEOUS**

1. Do you dispute the jurisdiction of this Court?

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                      ☐ YES ☐ NO

2. Do you dispute any party's allegation regarding the core/non-core nature of the adversary

proceeding?

Plaintiff:                                      ☐ YES ☐ NO

Defendant:                                      ☐ YES ☐ NO

3. Do you dispute the asserted claim of any party to the right to a jury trial?

Plaintiff:                                      ☐ YES ☐ NO

1    Defendant:                                    ☐ YES ☐ NO

2    3.  If a party answered yes to any of the above three (3) questions, has the party answering yes

3       prepared a memorandum of points and authorities and supporting evidence detailing their

4       position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?

5       ☐ YES ☐ NO

6

7    4.  Are there any other unusual issues of which the Court should be aware? ☐ YES ☐ NO

8    If yes, please explain:

9

10

11                                    Respectfully submitted,

12
    DATED: December 7, 2009           FIRM NAME: Price Law Group, APC
13

14

15                                    _____
                                      NAME: Rabin J. Pournazarian
16                                    ATTORNEY FOR: *JESSE AND TERESA COLEMAN*

17

18

19

20

21

22

23

24

25

26

27

28

1  Rabin J. Pournazarian (SBN 186735)
   **Price Law Group, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, California 91436
3  (818) 995-4540 Telephone
   (818) 995-9277 Facsimile
4

5  Attorneys for Plaintiffs
   Jesse & Teresa Coleman
6
                    **UNITED STATES BANKRUPTCY COURT**
7
           **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**
8

9
   **In re:**                              |    **Case No: LA09-36374-VZ**
10
   **JESSE COLEMAN &**                      |    Chapter 13
11
   **TERESA COLEMAN,**                      |     **Adv. No: LA09-02321-VZ**
12
                    **Debtors**            |    **DECLARATION IN SUPPORT OF
13                                              UNILATERAL STATUS REPORT
                                               FOR ADVERSARY PROCEEDING
14 _____           LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

15 **JESSE COLEMAN &**

16 **TERESA COLEMAN,**

17                 **Plaintiffs,**          |    **DATE:** 12/17/2009
                                               **TIME:** 10:00 AM
18 **v.**                                    |    **PLACE:** Crtrm 1368, 255 E Temple St.,
                                                        Los Angeles, CA 90012
19 **COUNTRYWIDE BANK, FSB.;
   MORTGAGE ELECTRONIC
20 REGISTRATION SYSTEMS, INC., BANK
   OF AMERICA, N.A. &
21 COUNTRYWIDE HOME LOANS, INC.**

22              **Defendants.**

23

24 I, Rabin J. Pournazarian, declare:

25     1. That I am the attorney of record for Jesse & Teresa Coleman ("Plaintiffs") in the above-

26        captioned matter and as to the following facts, I know them be true of my own personal

27        knowledge, and if called upon to testify in this action, I could and would testify

28        competently thereto.

2.  On or about October 5, 2009, I caused to be filed a Complaint to Determine Value of Real property, Determine the Extent of Secured Claims and to Extinguish the Lien of Countrywide Bank, FSB for beneficiary, Mortgage Electronic Registration Systems, Inc. (Serviced by Bank of America, N.A.).

3.  The summons and complaint and other materials were served on the defendants by mail on or about October 13, 2009.  A true and correct copy of the completed Summons and Notice of Status Conference is attached hereto as Exhibit "1" and incorporated herein by this reference.

4.  No answer or other response was filed by the Defendants by November 5, 2009.  A true and correct copy of the Docket Report is attached hereto as Exhibit "2" and incorporated herein by this reference.

5.  A Request for an Entry of Default was entered on November 13, 2009.

6.  On or about November 24, 2009, our office contacted Bank of America, N.A. (hereinafter "Defendants"), at telephone number: (800) 432-4715 with the attempt to reach the law firm representing them.  We were told that we were not authorized to speak to the Defendants regarding the account.  The Plaintiffs sent an authorization letter to the Defendants on or about November 28, 2009.  On December 3, 2009, our office contacted Defendants again and we were informed that Prober & Raphael was the law firm handling the case.  We called Prober & Raphael at telephone number: (818) 227-0100 to discuss a possible stipulation.  Our office left a detailed message with their general voice mailbox but we have yet to receive a response.

7.  Plaintiffs respectfully request the relief requested in their adversary be granted.

I declare under penalty of perjury that the foregoing facts are known by me to be true and correct to the best of my knowledge and that this declaration is executed on this 7th day of December, 2009 at Encino, California.

PRICE LAW GROUP, APC

By: _____
Rabin J. Pournazarian

Attorneys for Plaintiffs

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J Pournazarian<br>15760 Ventura Blvd Ste 1100<br>Encino, CA 91436<br>818-995-4540<br><br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:  Jesse Leon Coleman<br>Teresa Martinez Coleman<br><br>Debtor. | CHAPTER  13<br><br>CASE NUMBER  LA09-36374-VZ<br><br>ADVERSARY NUMBER  LA09-02279-VZ |
|---|---|
| Jesse Leon Coleman<br>Teresa Martinez Coleman<br><br>Plaintiff(s),<br><br>vs.<br><br>CountryWide Bank, FSB, Mortgage Electronic Registration et al<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 11-05-09 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 12/17/2009 | Time: 10:00am | Courtroom: 1368 | Floor: 13th |
|---|---|---|---|

☒ **255 East Temple Street, Los Angeles**     ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 10/06/09 _____

**JON D. CERETTO**
Clerk of the Bankruptcy Court

By: _____ William C Kaaumoana _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*           **F 7004-1**

Revised 7/06

## PRE-STATUS CONFERENCE INSTRUCTIONS

1.      Pursuant to Local Bankruptcy Rule 7016-1(a)(2), all parties shall file a Joint Status Report at least fourteen (14) days before the date set for each Status Conference. The Joint Status Report shall conform to Exhibit "A" attached to these instructions. Use of the form attached as Exhibit "A" is mandatory. Failure to use the form in Exhibit "A" may result in the imposition of monetary sanctions and/or the status conference being continued and parties being ordered to redo the status report to conform to Exhibit "A".

2.      A copy of these instructions shall be attached to every copy of the complaint served upon a party, and the affidavit of service must state that these instructions as well as a copy of the summons and complaint and, if applicable, a copy of the Debtor Assistance Program Notice was served.

3.      If no response to the complaint is timely filed, (1) plaintiff should file a request for entry of default by the clerk and a default judgment hearing date will be set at the Status Conference (the party should be prepared to propose an appropriate date to Judge Zurzolo based on Judge Zurzolo's self-calendaring procedure) and (2) no later than ten (10) days prior to the Status Conference plaintiff must file a Unilateral Status Report (completing Sections A, B and C of Exhibit "A") and a declaration setting forth the attempts made by plaintiff to contact or obtain the cooperation of the defendant as required by LBR7016-1(a). For self calendaring dates, visit the Court's website at www.cacb.uscourts.gov :
        * Click "Information"
        * Under "Judges", click "Zurzolo, V."
        * Click "Forms/Instructions/Procedures/Self-Calendaring"
        * Under Self Calendaring, click "Hearing Calendar for 2006"
        and/or "Instructions and Key for Self-Calendar"

4.      During the Status Conference, it will be decided whether a pre-trial order should be required or a pre-trial conference should be set.

5.      During the Status Conference, the Court shall set a trial or a pre-trial conference. The parties should be prepared to state whether they will agree to try the adversary proceeding by declaration in lieu of oral testimony.

6.      If one or more parties dispute whether the adversary proceeding is core within the meaning of 28 U.S.C. § 157(b), the party/parties disputing that the proceeding is core shall file and serve a memorandum of points and authorities and evidence in support of their positions fourteen (14) court days before the Status Conference. Any reply must be filed at least seven (7) court days before the Status Conference. The Court will resolve this dispute at the Status Conference. If any party fails to comply timely with these instructions, that failure shall be deemed a consent to a determination that the proceeding is core within the meaning of 28 U.S.C. § 157(b).

H:\common\vz\forms\instructions\PRESTATCONFERENCE

Revised 7/06

7.      If one or more parties dispute the jurisdiction of this Court, the party/parties disputing
jurisdiction shall file and serve a memorandum of points and authorities and evidence in support of their
positions at least fourteen (14) court days prior to the Status Conference. Any response shall be filed and
served no later than seven (7) court days prior to the Status Conference. The Court will resolve this
dispute at the Status Conference. If the objecting party does not timely file and serve its papers, that
failure shall be deemed a consent to whatever determination the Court makes.

8.      If one or more parties dispute whether a party has a right to a jury trial, the disputing
party/parties shall file and serve a memorandum of points and authorities and evidence in support of their
positions at least fourteen (14) court days prior to the Status Conference. Any response shall be filed and
served no later than seven (7) court days prior to the Status Conference. The Court will resolve this
dispute at the Status Conference. If the objecting party does not timely file and serve its papers, that
failure shall be deemed a consent to whatever determination the Court makes.

9.      Please take note that extensions of time to respond to a pleading are ineffective by stipulation of
the parties absent court approval. Requests to extend the response deadline to a date within five (5) days
of the hearing date will likely be denied unless the hearing date is continued to a date which permits the
Court adequate time to review and consider the pleadings.

10.     Please also take note that requests to continue a hearing will not be granted unless adequate
cause for the continuance is stated in the request. Merely discussing settlement is inadequate cause and
unless a settlement is reached prior to the hearing date, the parties must comply with all applicable filing
deadlines. If the parties have settled, a hearing may be continued to allow for execution and filing of the
written settlement if (1) the request for continuance contains a copy of the settlement or a substantial
recitation of its terms and (2) the request for a continuance is filed at least two (2) court days prior to the
hearing date. Generally, if a Respondent/Defendant is not represented by an attorney, an appearance by
the Respondent/Defendant will be required.

VINCENT P. ZURZOLO
United States Bankruptcy Judge

H:\common\vz\forms\instructions\PRESTATCONFERENCE

Revised 7/06

# EXHIBIT "A"

1
2
3
4
5
6
7       # UNITED STATES BANKRUPTCY COURT
8       # CENTRAL DISTRICT OF CALIFORNIA
9
10
11      In re                                   BK. No. LA
                                                Adv. No. LA
12
                                                Chapter
13              Debtor(s).
14                                              ☐ JOINT STATUS REPORT
                                                ☐ UNILATERAL STATUS REPORT
15                                              FOR ADVERSARY PROCEEDING
16                                              LOCAL BANKRUPTCY RULE 7016-
                                                1(a)(2)
17              Plaintiff(s),
18              v.                              DATE:
                                                TIME:
19                                              PLACE:
20              Defendant(s).
21          TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE _____.  In accordance
22  with Local Bankruptcy Rule ("LBR") 7016-1(a)(2), the party/parties submit the following ☐ JOINT STATUS REPORT
23  or ☐ UNILATERAL STATUS REPORT:
24  A.      SERVICE/SUMMONS:
25          1. Have all parties been served?                              ☐ YES ☐ NO
26          2. Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons,

Revised 7/06

complaint and, if applicable, Debtor Assistance Program Notice was served? ☐ YES ☐ NO

       If yes, go on.  If no, why not?  Please explain:

**B.**    **RESPONSIVE PLEADINGS:**

     1. Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint? ☐ YES ☐ NO

       If yes, go to Section D.  If no responsive pleading was filed proceed to Section C, otherwise continue.

     2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants

to the claims? ☐ YES ☐ NO

     3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims?

                                                  ☐ YES ☐ NO

       If no, what is the response deadline to the countercomplaint?

     4. Did any defendant filed a 12(b) motion or other such responsive pleading? ☐ YES ☐ NO

       If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the

responsive pleading(s):

**C.**    **DEFAULT**

     1. If any defendant has not responded timely, has plaintiff requested entry of default? ☐ YES ☐ NO

       If no, why not?  Please explain:

     2. If default has been requested, has it been entered? ☐ YES ☐ NO

       If no, why not?  Please explain:

     3. If default has been entered has plaintiff scheduled a motion for default judgment? ☐ YES ☐ NO

       If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

**D.**    **FEDERAL RULE OF CIVIL PROCEDURE ("FRCP") 26(A), (F) AND LBR 7016-1(A)(2)**

      **COMPLIANCE:**

     1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

       Plaintiff: ☐ YES ☐ NO

       Defendant: ☐ YES ☐ NO

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

2.  The parties certify that they have exchanged documents.

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

3.  The parties certify that they have exchanged witness lists.

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

4.  The parties certify that they have exchanged other evidence as required by Rule 26(a)(1).

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

5.  The parties certify that they have made the disclosures required by Rule 26(a)(1)(C) and (D) where

applicable.

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

6.  The parties certify that they have discussed settlement.

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

7.  The parties certify that they have proposed a joint discovery plan.

    Plaintiff:         ☐ YES  ☐ NO

    Defendant:        ☐ YES  ☐ NO

8.  If any party answered no to any of the prior six (6) questions, please explain the reason(s):

E.     **DISCOVERY (FRCP 26(f)):**

    **A Discovery Plan should be prepared and attached to this status report if it cannot be described below.**

    1.  Do the parties believe that changes should be made in the timing, form or requirement for disclosures under

Rule 26(a)?

    Plaintiff:         ☐ YES  ☐ NO

H:\common\vz\forms\instructions\**PRESTATCONFERENCE**

Revised 7/06

Defendant: ☐ YES ☐ NO

If any party answered yes, please explain the reason(s):

2. List the form(s) of discovery each party will propound.

Plaintiff:

Defendant:

3. Do the parties anticipate any unusual discovery issues?

Plaintiff: ☐ YES ☐ NO

Defendant: ☐ YES ☐ NO

If any party answered yes, please identify the issues and explain the reason(s) for them:

4. Date by which each party expects to complete their discovery efforts:

Plaintiff:

Defendant:

F.   **SETTLEMENT:**

1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

Plaintiff ☐ YES ☐ NO

Defendant ☐ YES ☐ NO

2. Do all parties request the trial judge to aid in settlement?   If yes and if applicable, please name the judge(s) of this Court that the parties would like to participate in settlement efforts:

**PLAINTIFF**   ☐ YES ☐ NO          **DEFENDANT**   ☐ YES ☐ NO

(1)                                          (1)
(2)                                          (2)
(3)                                          (3)

3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

**PLAINTIFF**   ☐ YES ☐ NO          **DEFENDANT**   ☐ YES ☐ NO

(1)                                          (1)
(2)                                          (2)

H:\common\vz\forms\instructions\PRESTATCONFERENCE

Revised 7/06

G.    **PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

1. Date after which the pre-trial conference should be set:

Plaintiff:

Defendant:

2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

Plaintiff:                                                              ☐ YES  ☐ NO

Defendant:                                                             ☐ YES  ☐ NO

If either party answered yes, please state why:

H.    **OTHER PROPOSED DEADLINES:**

1. Proposed date by which all motions except motions to exclude evidence or approve a settlement must be filed, set and heard:

Plaintiff:

Defendant:

2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting amendment or joinder must be entered by this date):

Plaintiff:

Defendant:

3. Are there any other deadlines which the parties wish the Court to set:

Plaintiff:                                                              ☐ YES  ☐ NO

Defendant:                                                             ☐ YES  ☐ NO

If either party states yes, please identify the proposed subject and timing of the deadline:

H:\common\vz\forms\instructions\PRESTATCONFERENCE

Revised 7/06

I.    **MISCELLANEOUS**

1. Do you dispute the jurisdiction of this Court?

Plaintiff:                                                                      ☐ YES  ☐ NO

Defendant:                                                                      ☐ YES  ☐ NO

2. Do you dispute any party's allegation regarding the core/non-core nature of the adversary proceeding?

Plaintiff:                                                                      ☐ YES  ☐ NO

Defendant:                                                                      ☐ YES  ☐ NO

3. Do you dispute the asserted claim of any party to the right to a jury trial?

Plaintiff:                                                                      ☐ YES  ☐ NO

Defendant:                                                                      ☐ YES  ☐ NO

4. If a party answered yes to any of the above three (3) questions, has the party answering yes prepared a memorandum of points and authorities and supporting evidence detailing their position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?                                      ☐ YES  ☐ NO

5. Are there any other unusual issues of which the Court should be aware?              ☐ YES  ☐ NO

If yes, please explain:

Respectfully submitted,

DATED:                          FIRM NAME: _____

NAME:  _____

ATTORNEY FOR: _____

DATED:                          FIRM NAME: _____

NAME: _____

ATTORNEY FOR: _____

H:\common\vz\forms\instructions\PRESTATCONFERENCE

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
| | CASE NUMBER LA09-36374-VZ |
| | ADVERSARY NUMBER LA09-02279-VZ |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described <u>SUMMONS AND NOTICE OF STATUS CONFERENCE: COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF COUNTYWIDE BANK, FSB: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC: BANK OF AMERICA, N.A. & COUNTRYWIDE HOME LOANS, INC.; PRE-STATUS CONFERENCE INSTRUCTIONS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 13, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
     Nancy K Curry    ecfnc@trustee13.com
     United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

          ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____<u>October 13, 2009</u>_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent P. Zurzolo   (U.S. Mail)
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

          ☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

          ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/13/09 | Gabby Piceno | |
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                      **F 9021-1.1**

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA09-36374-VZ<br>ADVERSARY NUMBER LA09-02279-VZ |

**BY U.S. MAIL**

**CHAPTER 13 TRUSTEE**
Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**DEBTORS**
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

**CREDITORS**
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

**VIA CERTIFIED MAIL**
Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

**AGENT FOR SERVICE OF PROCESS FOR:**
**BANK OF AMERICA CORPORATION, BAC HOME LOANS**
**SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

# EXHIBIT "2"

· CM/ECF - U.S. Bankruptcy Court (v3.2.9 LIVE)   Doc 5    Filed 12/07/09   Entered 12/07/09 12:41:48   Desc
Main Document      Page 23 of 28

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?418841794639517-L_...

NoFeeRequired

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Adversary Proceeding #: 2:09-ap-02279-VZ

*Assigned to:* Vincent P. Zurzolo                          *Date Filed:* 10/05/09
*Lead BK Case:* <u>09-36374</u>
*Lead BK Title:* Jesse Leon Coleman and Teresa Martinez
Coleman
*Lead BK Chapter:* 13
*Demand:*

*Nature[s] of Suit:*  21 Validity, priority or extent of lien or other interest in property
                      91 Declaratory judgment

### Plaintiff
-----------------------

**Jesse Leon Coleman**                    represented by  **Rabin J Pournazarian**
20930 Dalton Avenue                                       15760 Ventura Blvd Ste 1100
Torrance, CA 90501                                        Encino, CA 91436
SSN / ITIN: xxx-xx-1830                                   818-995-4540
                                                          *LEAD ATTORNEY*

**Teresa Martinez Coleman**               represented by  **Rabin J Pournazarian**
20930 Dalton Avenue                                       (See above for address)
Torrance, CA 90501                                        *LEAD ATTORNEY*
SSN / ITIN: xxx-xx-0282

V.

### Defendant
-----------------------

**CountryWide Bank , FSB**                represented by  **CountryWide Bank , FSB**
                                                          PRO SE

**Mortgage Electronic Registration**      represented by  **Mortgage Electronic Registration**
**Systems, Inc.**                                         **Systems, Inc.**
                                                          PRO SE

**N.A. & CountryWide Home Loans, Inc.**   represented by  **N.A. & CountryWide Home Loans, Inc.**
                                                          PRO SE

**Bank Of America Home Loans**            represented by  **Bank Of America Home Loans**
PO Box 10222                                              PRO SE
Van Nuys, ca 91410-0222

**Trustee**
------------------------

**Nancy K Curry**
606 South Olive Street, Suite 950
Los Angeles, CA 90014
213-689-3014


**U.S. Trustee**
------------------------

**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 10/05/2009 | 1 | Adversary case 2:09-ap-02279. Complaint by Jesse Leon Coleman, Teresa Martinez Coleman against CountryWide Bank, FSB, Mortgage Electronic Registration Systems, Inc., N.A. & CountryWide Home Loans, Inc., Bank Of America Home Loans. (Fee Not Required). *with proof of service* (Attachments: # 1 adversary proceeding cover sheet# 2 summons and notice of status conference) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)) (Pournazarian, Rabin) (Entered: 10/05/2009) |
| 10/06/2009 | 2 | Summons Issued on Jesse Leon Coleman Date Issued 10/6/2009, Answer Due 11/5/2009; Teresa Martinez Coleman Date Issued 10/6/2009, Answer Due 11/5/2009 (Attachments: # 1 pre-status conference instructions) (Kaaumoana, William) (Entered: 10/06/2009) |
| 10/06/2009 | | Hearing Set (RE: related document(s) 1 Complaint filed by Plaintiff Jesse Leon Coleman, Plaintiff Teresa Martinez Coleman) Show Cause hearing to be held on 12/17/2009 at 10:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. (Kaaumoana, William) (Entered: 10/06/2009) |
| 10/13/2009 | 3 | Summons Service Executed on Jesse Leon Coleman 10/13/2009; Teresa Martinez Coleman 10/13/2009 (Pournazarian, Rabin) (Entered: 10/13/2009) |
| 11/13/2009 | 4 | Request for entry of default per Local Bankruptcy rule and clerk's entry of default as to COUNTRYWIDE BANK, FSB; MERS; BANK OF AMERICA, N.A. & COUNTRYWIDE HOME LOANS (Peters, Sandra) (Entered: 11/13/2009) |

CM/ECF - U.S. Bankruptcy Court (2.279-NYE) Case 2:09-ap-02279-VZ Doc 5 Filed 12/07/09 Entered 12/07/09-12:24:48 pl? Desc 794639517-L_...

Main Document Page 25 of 28

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/03/2009 11:48:54 | | |
| **PACER Login:** | pa0081 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-ap-02279-VZ Fil or Ent: filed From: 9/4/2008 To: 12/3/2009 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

| In re:  Coleman, Jesse & Teresa | CHAPTER 13 |
| | CASE NUMBER LA09-36374-VZ |
| Debtor(s). | ADVERSARY CASE NUMBER LA09-02279-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **UNILATERAL STATUS REPORT FOR ADVERSARY PROCEEDING LOCAL BANKRUPTCY RULE 7016-1(a)(2); DECLARATION IN SUPPORT OF UNILATERAL STATUS REPORT FOR ADVERSARY PROCEEDING LOCAL BANKRUPTCY RULE 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 7, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

        Nancy K Curry    ecfnc@trustee13.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

        ☐Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____December 7, 2009_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent P. Zurzolo   (Via Overnight Mail)
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012           ☒Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

        ☐Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2009 | Nicholas Cheung | |
| Date | Typed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re:  Coleman, Jesse & Teresa

Debtor(s).

CHAPTER  13
CASE NUMBER  LA09-36374-VZ
ADVERSARY CASE NUMBER  LA09-02279-VZ

### BY U.S. MAIL

### CHAPTER 13 TRUSTEE
Nancy K. Curry
CHAPTER 13 TRUSTEE
606 South Olive Street, Suite 950
Los Angeles, CA 90014

### DEBTORS
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

### CREDITORS
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

### VIA CERTIFIED MAIL
Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

### AGENT FOR SERVICE OF PROCESS FOR:
### BANK OF AMERICA CORPORATION, BAC HOME LOANS
### SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:   Coleman, Jesse & Teresa | | CHAPTER  13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  LA09-36374-VZ |
| | | ADVERSARY CASE NUMBER  LA09-02279-VZ |

**AGENT FOR SERVICE OF PROCESS FOR**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1