| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian (SBN 186735)<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, California 91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br><br>*Attorney for* Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: Jesse & Teresa Coleman | CHAPTER 13 |
|---|---|
| | ADVERSARY CASE NUMBER LA09-02279-VZ<br>CASE NUMBER 09-36374 |
| | DATE: 1/12/10 |
| | TIME: 11:00 am |
| Debtor. | COURTROOM: 1368 |

## NOTICE OF MOTION FOR:

Default Judgment

*(Specify name of Motion)*

1. TO: Countrywide Bank, FSB.; Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. & Countrywide Home Loans

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 1/12/10 | **Time:** 11:00 am | **Courtroom:** 1368 | **Floor:** 13 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 12/17/09

Price Law Group, APC
Law Firm Name

By: _____

Name: Rabin J. Pournazarian
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**

| In re: Coleman, Jesse & Teresa | CHAPTER 13 |
| --- | --- |
| Debtor(s). | ADVERSARY CASE NUMBER LA09-02279-VZ<br>CASE NUMBER LA09-36374-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **NOTICE OF MOTION FOR: DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 21, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
   Nancy K Curry    ecfnc@trustee13.com
   Rabin J Pournazarian    rabin@pricelawgroup.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ December 21, 2009 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent P. Zurzolo (U.S. Mail)
United States Bankruptcy Court - Central District of California
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2009 | Nicholas Cheung | /s/ Nicholas Cheung |
| --- | --- | --- |
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9021-1.1

| | |
|---|---|
| In re:   Coleman, Jesse & Teresa<br><br>Debtor(s). | CHAPTER 13<br>ADVERSARY CASE NUMBER LA09-02279-VZ<br>CASE NUMBER  LA09-36374-VZ |

**BY U.S. MAIL**

**CHAPTER 13 TRUSTEE**
Nancy K. Curry
CHAPTER 13 TRUSTEE
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**DEBTORS**
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

**CREDITORS**
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

**VIA CERTIFIED MAIL**
Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

**AGENT FOR SERVICE OF PROCESS FOR:**
**BANK OF AMERICA CORPORATION, BAC HOME LOANS**
**SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9021-1.1

| In re:  Coleman, Jesse & Teresa | CHAPTER 13 |
|---|---|
| Debtor(s). | ADVERSARY CASE NUMBER LA09-02279-VZ<br>CASE NUMBER  LA09-36374-VZ |

**AGENT FOR SERVICE OF PROCESS FOR**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

**ADDRESS ON PROOF OF CLAIM**
Matthew D. Tokarz, Attorney for Claimant
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1