| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian (SBN 186735)<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, California  91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br>*Attorney for* Debtors | **FILED & ENTERED**<br><br>**FEB 23 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

JESSE COLEMAN &
TERESA COLEMAN

**CHANGES MADE BY COURT**

                                                              Debtor.

| | |
|---|---|
| JESSE COLEMAN & TERESA COLEMAN<br><br>                                          Plaintiff(s),<br><br>vs.<br><br>COUNTRYWIDE BANK, FSB.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A. & COUNTRYWIDE HOME LOANS, INC.<br><br>                                          Defendant(s). | CHAPTER 13<br><br>CASE NUMBER LA09-36374-VZ<br><br>ADVERSARY NUMBER<br>LA09-02279-VZ<br><br>DATE: 1/12/10<br>TIME: 11:00 a.m.<br>COURTROOM: 255 E. Temple St., Courtroom 1368,  Los Angeles, CA |

**DEFAULT JUDGMENT**
**(WITHOUT PRIOR JUDGMENT)**

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs (*specify name*): Jesse & Teresa Coleman and against Defendants (*specify name*): Countrywide Bank, FSB.; Mortgage Electronic Registration Systems, Inc.,    Bank of America, N.A. & Countrywide Home Loans

2. a. ☐  Plaintiff is awarded damages in the following amount:    $
   b. ☐  Plaintiff is awarded costs in the following amount:       $
   c. ☐  Plaintiff is awarded attorney fees in the following amount:  $
   d. ☐  Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment
        (*Specify date from which interest shall begin to run*):
   e. ☒  Plaintiff is granted the following relief (*specify*):       ☒    See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:       ☐
      Bankruptcy Code §523(a)_____

                                                                                  ☐    Other (*specify*):

*(This Order is continued on the next page.)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 2 **F 9021-1.4**

| In re:   Jesse & Teresa Coleman<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: 09-36374<br>ADVERSARY: 09-02279 |
|---|---|

4. ☒ The Court further adjudges as follows:          ☒     See Attached Page

###

*[Signature: Vincent P. Zurzolo]*

DATED: February 23, 2010

United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9021-1.4**

| In re:   Jesse & Teresa Coleman | CHAPTER:13 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-36374 |
|  | ADVERSARY: 09-02279 |

    The Court having considered the Motion for Default Judgment Against Defendants, Countrywide Bank, FSB.; Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. & Countrywide Home Loans, Inc. (the "Motion"), filed by plaintiffs Jesse & Teresa Coleman, the Chapter 13 Debtors herein (the "Debtors"), and the records and files in this Chapter 13 case, all of the pleadings on file in this adversary proceeding and the pleadings and documents in the adversary proceeding in this Chapter 13 case entitled <u>Coleman et al v. Countrywide Bank, FSB et al.</u>, Adv. No. LA09-02279-VZ, having noted that the notice of the Motion was adequate and proper, and having granted the Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    The Motion is granted in its entirety.

2.    The Debtors are awarded judgment against the Defendants, Countrywide Bank, FSB.; Mortgage Electronic Registration Systems, Inc., Bank of America, N.A. & Countrywide Home Loans, Inc., (the "Defendants").

3.    The second note and lien held by Countrywide Bank, FSB (serviced by Bank of America, N.A.) shall be void and unenforceable upon entry of the order of discharge under Chapter 13, and that Respondent be treated as a wholly unsecured creditor.

3.    The note and lien held by Countrywide Bank, FSB (serviced by Bank of America, N.A.), which is secured by a deed of trust that was recorded on June 13, 2007 as Document Number 2007 1426450, shall be void and unenforceable upon entry of the order of discharge under Chapter 13, and that Respondent be treated as a wholly unsecured creditor.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    F 9021-1.4

Case 2:09-ap-02279-VZ    Doc 8    Filed 02/23/10    Entered 02/23/10 11:46:12    Desc
Main Document    Page 4 of 8
Default Judgment (Without Prior Judgment) – *Page* 4

**F 9021-1.4**

| | |
|---|---|
| In re:   Jesse & Teresa Coleman<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: 09-36374<br>ADVERSARY: 09-02279 |

4. The real property which this order applies to is located at 20930 DALTON AVE., TORRANCE, CA 90501 and is legally described as: LOT 19 IN BLOCK 25 OF TRACT NO. 4983, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 57, PAGES 6 TO 9 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

5. Said order shall only be valid if the Debtors receive a discharge in the instant Chapter 13 case.

6. Before the discharge, no payments are to be made on the second secured claim of Countrywide Bank, FSB (serviced by Bank of America, N.A.).  Maintenance payments are not to be made.

7. The second claim of Countrywide Bank, FSB (serviced by Bank of America, N.A.) is to be treated as an unsecured claim.

8. Said order will not be valid if the Debtors convert the instant case to a chapter 7 or the instant case is dismissed.

9. In the event that the instant case is converted to a chapter 7 case or dismissed and Debtors file a subsequent chapter 13 case, the lien would be secured until the Debtors filed another complaint to void the lien, and said judgment was granted.

**END OF ORDER**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 5*    **F 9021-1.4**

| | |
|---|---|
| In re:   Jesse & Teresa Coleman<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: 09-36374<br>ADVERSARY: 09-02279 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described      **DEFAULT JUDGMENT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On   2/1/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Hon. Vincent Zurolo   (U.S. Mail)
        United States Bankruptcy Court - Central District of California
        Edward R. Roybal Federal Building and Courthouse
        255 E. Temple Street, Suite 1360
        Los Angeles, CA 90012
☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/1/10 | Gabby Piceno | /s/ Gabby Piceno |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 6*                                F 9021-1.4

| In re:   Jesse & Teresa Coleman | CHAPTER:13 |
| Debtor(s). | |
| | CASE NUMBER: 09-36374 |
| | ADVERSARY: 09-02279 |

**NOTE TO USERS OF THIS FORM:**
**1)**   Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**   The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**   **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)   **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.


# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **DEFAULT JUDGMENT**
was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:


**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 2/1/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
    Nancy K Curry       ecfnc@trustee13.com
    Rabin J Pournazarian    rabin@pricelawgroup.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
☐ Service information continued on attached page

Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

**III.   TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                F 9021-1.4

F 9021-1.4

| In re:  Jesse & Teresa Coleman<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: 09-36374<br>ADVERSARY: 09-02279 |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**BY U.S. MAIL**

**CHAPTER 13 TRUSTEE**
Nancy K. Curry
CHAPTER 13 TRUSTEE
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**DEBTORS**
Jesse & Teresa Coleman
20930 Dalton Avenue
Torrance, CA 90501

**CREDITORS**
Barbara J. Desoer, President
Bank of America Home Loans
PO Box 10222
Van Nuys CA 91410-0222

Barbara J. Desoer, President
BAC Home Loans Servicing, LP
4500 Park Granada
Calabasas, CA 91302

Marcus McDowell, Principal
Mortgage Electronic Registration Systems, Inc.
3321 Vincent Road
Pleasant Hill, CA 94523

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
4500 Park Granada #11
Calabasas, CA 91302

Countrywide Home Loans, Inc.
(Bought by Bank of America Corporation)
P.O. Box 10423
Van Nuys, CA 91410-0423

Attn: Walter Massey, Chairman
Bank of America Corporation
100 N. Tryon Street
Bank of America Corporate Center
Charlotte, NC 28255

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.4**

| In re:   Jesse & Teresa Coleman<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: 09-36374<br>ADVERSARY: 09-02279 |
|---|---|

**AGENT FOR SERVICE OF PROCESS FOR:**
**BANK OF AMERICA CORPORATION, BAC HOME LOANS**
**SERVICING, LP & COUNTRYWIDE HOME LOANS, INC.**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**AGENT FOR SERVICE OF PROCESS FOR**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

**ADDRESS ON PROOF OF CLAIM**
Matthew D. Tokarz, Attorney for Claimant
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.4**